Decided September 19, 2002

JOAN E. GAY *v.* THOMAS J. GAY

The plaintiff's petition for certification for appeal from the Appellate Court, 70 Conn. App. 772 (AC 20755), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that capital gains on assets acquired after the marital dissolution decree constitute income for purposes of a postdecree modification of alimony?"

ZARELLA, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16833.

*Campbell D. Barrett*, in support of the petition.

Decided September 19, 2002